[No. 7301–3–II. Division Two. December 10, 1985.]

Doris Friedel, *Appellant,* v. Robert D. Shortt, *Respondent.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 83–2–00274–1, John H. Kirkwood, J., entered September 26, 1983. *Dismissed* by unpublished opinion per Worswick, C.J., concurred in by Reed and Alexander, JJ.

[No. 7032–4–II. Division Two. December 10, 1985.]

Robroy Land Company, Inc., *Appellant,* v. Bonnie Prather, *Individually and as Personal Representative,* et al, *Respondents.*

Appeal from a judgment of the Superior Court for Thurston County, No. 56739, Robert J. Doran, J., entered April 11, 1983. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.

[No. 5829–4–II. Division Two. December 10, 1985.]

Frank Olson, *Respondent,* v. Robert Tamin, et al, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 295460, Robert H. Peterson, J., entered August 14, 1981. *Reversed* by unpublished opinion per Worswick, C.J., concurred in by Petrich and Alexander, JJ.